UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SPEARS, | 1:09-cv-01253-YNP[DLB] (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| H. A. RIOS, JR., | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **August 21, 2009**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE