# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SPEARS, | 1:09-cv-01253 MJS HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR PROMPT DISPOSITION |
| v. | [Doc. 6] |
| H.A. RIOS, JR., Warden, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant petition for writ of habeas corpus on July 20, 2009. (Court Doc. 1.) On January 28, 2010, Petitioner filed a motion for prompt disposition and request for order compelling the respondents to show cause why his § 2241 petition should not be granted. (Court Doc. 6.)

The Court is aware of Petitioner's pending action.  However, the Court has a substantial docket of pending cases, and must address first the matters that have been pending the longest. The Court shall address pending cases, including the present matter, as efficiently as possible . Accordingly, Petitioner's motion for prompt disposition is DENIED.

IT IS SO ORDERED.

1

1  Dated:    June 14, 2010              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE